# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

In re:   Charlie Louis Harvey
       Flora Belle Harvey

                                                   Case No. 10-71616

*Debtor*s

## NOTICE TO PARTIES IN INTEREST

Notice is hereby given that a hearing in said cause will be held in U.S. Bankruptcy Court, 2nd Floor,

210 Church Avenue, S.W., Roanoke, VA  24011 on August 23, 2010,  at 2:00 p.m., to consider and

act upon the following matters:

    Reaffirmation Agreement between Chrysler Financial Services Americas, LLC

    and Debtors.



    John W. L. Craig, II.
    *Clerk of Bankruptcy Court*

    By: Vickie Southall
    *Deputy Clerk*
    210 Church Ave., Room 200
    Roanoke, VA 24011

Date of issuance: July 30, 2010

nhr.frm